UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-20314-GAYLES

MICHELLE LOMBARDO, on behalf of herself
and others similarly situated,

      Plaintiff,

v.

NCL CORPORATION LTD., a Foreign Corporation,

      Defendant.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, MICHELLE LOMBARDO, pursuant to the Court's March 23, 2013 Notice of Court Practice [D.E. #12], hereby sets forth a statement of her claims as follows:

During the three (3) year statute of limitations period between approximately late November 2015 and early January 2017, Plaintiff worked for Defendant as a non-exempt "Personal Cruise Consultant" (PCC) and regularly worked as many as six (6) days per week with start and stop times that ranged between approximately 9:00 a.m. and 11:00 p.m., including Plaintiff working at times shifts that were scheduled between 11:00 a.m. and 8:00 p.m. but Plaintiff actually working past the scheduled "end time" as part of being Plaintiff being directed by Defendant to work additional hours until as late as midnight, along with weekend hours that were frequently four (4) hours per day—averaging approximately Sixty (60) hours per week.

Defendant paid Plaintiff based upon the hourly rate of $10.35 per hour for 40 hours per week, plus commissions in some work weeks, between approximately late November 2015 and early January 2017, but Defendant failed to compensate Plaintiff at a rate of time and one-half of

her applicable regular rates for all of Plaintiff's actual overtime hours worked during each week in which Plaintiff worked overtime hours within the three (3) year statute of limitations period.

Based upon a review and analysis of Defendant's compensation records reflecting the hourly wages paid to Plaintiff between approximately late November 2015 and January 2017 while Plaintiff worked as a PCC, Defendant's time records—which time records may contain error(s) and/or not reflect all of Plaintiff's actual hours worked each week—and monthly commissions having been paid by Defendant of $1,000.00 earned during the month of December 2015, $77.12 in commissions earned during the month of January 2016, $196.15 in commissions earned during the month of February 2016, $4,162.61 in commissions earned during the month of March 2016, $2,687.30 in commissions earned during the month of April 2016, $4,351.09 in commissions earned during the month of May 2016, $2,735.38 in commissions earned during the month of June 2016, $4,868.38 in commissions earned during the month of July 2016, $4,671.75 in commissions earned during the month of August 2016, $2,646.41 in commissions earned during the month of September 2016, $319.35 in commissions earned during the month of October 2016, $5,736.74 in commissions earned during the month of November 2016, $1,249.98 in commissions earned during the month of December 2016, and $0.00 in commissions earned during the month of January 2017, as set forth in the attached spreadsheet, Plaintiff's unpaid wages from Defendant total **$13,119.43**.

In addition to her unpaid wages, Plaintiff is seeking the recovery of liquidated damages and all reasonable attorneys' fees and costs from Defendants pursuant to 29 U.S.C. §216(b).

Dated:  April 13, 2018	Respectfully submitted,

                                                     **s/KEITH M. STERN**
Keith M. Stern, Esquire
Florida Bar No. 321000
E-mail:  employlaw@keithstern.com
Hazel Solis Rojas, Esquire
Florida Bar No. 91663
E-mail:  hsolis@workingforyou.com
LAW OFFICE OF KEITH M. STERN, P.A.
One Flagler – 14 NE 1st Avenue, Suite 800
Miami, Florida 33132
Telephone:  (305) 901-1379
Facsimile:  (561) 288-9031
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                     **s/KEITH M. STERN**
                                                       Keith M. Stern

## SERVICE LIST
**Michelle Lombardo v. NCL Corporation Ltd.**
**Case No. 1:18-cv-20314-GAYLES**
**United States District Court for the Southern District of Florida**

Rachel K. Beige, Esq.
E-mail: rachel.beige@csklegal.com
Ashleigh C. McKenzie, Esq.
E-mail:  Ashleigh.McKenzie@csklegal.com
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9228
Facsimile (561) 683-8977
Attorneys for Defendant
Served via CM/ECF

| | Work Week | # Hours Worked Per Week | Hourly Rate | Regular Weekly Wages Paid by NCL | Commissions Attributable to Work Week | Total Wages for Work Week | # OT Hours Per Week | Straight-Time Wages | Straight-Time Wages Plus Commissions | Applicable Regular Rate | Half-Time Rate | Additional Half-Time OT Wages | Total Wages Required by Law to have been Paid to Lombardo | Unpaid Wages Owed to Lombardo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/30/15 - 12/6/15 | 40.00 | $10.35 | $414.00 | $200.00 | $614.00 | 0.00 | $414.00 | $614.00 | $15.35 | $7.68 | $0.00 | $614.00 | $0.00 |
| 2 | 12/7/11 - 12/13/15 | 36.00 | $10.35 | $372.60 | $200.00 | $572.60 | 0.00 | $372.60 | NA | NA | NA | NA | NA | $0.00 |
| 3 | 12/14/15 - 12/20/15 | 40.00 | $10.35 | $414.00 | $200.00 | $614.00 | 0.00 | $414.00 | $614.00 | $15.35 | $7.68 | $0.00 | $614.00 | $0.00 |
| 4 | 12/21/15 - 12/27/15 | 40.00 | $10.35 | $414.00 | $200.00 | $614.00 | 0.00 | $414.00 | $614.00 | $15.35 | $7.68 | $0.00 | $614.00 | $0.00 |
| 5 | 12/28/15 - 1/3/16 | 31.99 | $10.35 | $331.10 | $200.00 | $531.10 | 0.00 | $331.10 | NA | NA | NA | NA | NA | $0.00 |
| 6 | 1/4/16 - 1/10/16 | 40.32 | $10.35 | $414.00 | $19.28 | $433.28 | 0.32 | $417.31 | $436.59 | $10.83 | $5.41 | $1.73 | $438.32 | $5.04 |
| 7 | 1/11/16 - 1/17/16 | 44.62 | $10.35 | $414.00 | $19.28 | $433.28 | 4.62 | $461.82 | $481.10 | $10.78 | $5.39 | $24.91 | $506.00 | $72.72 |
| 8 | 1/18/16 - 1/24/16 | 43.47 | $10.35 | $414.00 | $19.28 | $433.28 | 3.47 | $449.91 | $469.19 | $10.79 | $5.40 | $18.73 | $487.92 | $54.64 |
| 9 | 1/25/16 - 1/31/16 | 44.23 | $10.35 | $414.00 | $19.28 | $433.28 | 4.23 | $457.78 | $477.06 | $10.79 | $5.39 | $22.81 | $499.87 | $66.59 |
| 10 | 2/1/16 - 2/7/16 | 48.25 | $10.35 | $414.00 | $49.04 | $463.04 | 8.25 | $499.39 | $548.43 | $11.37 | $5.68 | $46.89 | $595.31 | $132.27 |
| 11 | 2/8/16 - 2/14/16 | 43.75 | $10.35 | $414.00 | $49.04 | $463.04 | 3.75 | $452.81 | $501.85 | $11.47 | $5.74 | $21.51 | $523.36 | $60.32 |
| 12 | 2/15/16 - 2/21/16 | 41.85 | $10.35 | $414.00 | $49.04 | $463.04 | 1.85 | $433.15 | $482.19 | $11.52 | $5.76 | $10.66 | $492.84 | $29.81 |
| 13 | 2/22/16 - 2/28/16 | 42.53 | $10.35 | $414.00 | $49.04 | $463.04 | 2.53 | $440.19 | $489.22 | $11.50 | $5.75 | $14.55 | $503.77 | $40.74 |
| 14 | 2/29/16 - 3/6/16 | 43.83 | $10.35 | $414.00 | $832.52 | $1,246.52 | 3.83 | $453.64 | $1,286.16 | $29.34 | $14.67 | $56.19 | $1,342.36 | $95.83 |
| 15 | 3/7/16 - 3/13/16 | 47.52 | $10.35 | $414.00 | $832.52 | $1,246.52 | 7.52 | $491.83 | $1,324.35 | $27.87 | $13.93 | $104.79 | $1,429.14 | $182.62 |
| 16 | 3/14/16 - 3/20/16 | 47.75 | $10.35 | $414.00 | $832.52 | $1,246.52 | 7.75 | $494.21 | $1,326.73 | $27.79 | $13.89 | $107.67 | $1,434.40 | $187.88 |
| 17 | 3/21/16 - 3/27/16 | 46.00 | $10.35 | $414.00 | $832.52 | $1,246.52 | 6.00 | $476.10 | $1,308.62 | $28.45 | $14.22 | $85.34 | $1,393.97 | $147.44 |
| 18 | 3/28/16 - 4/3/16 | 47.48 | $10.35 | $414.00 | $832.52 | $1,246.52 | 7.48 | $491.42 | $1,323.94 | $27.88 | $13.94 | $104.29 | $1,428.23 | $181.70 |
| 19 | 4/4/16 - 4/10/16 | 49.00 | $10.35 | $414.00 | $671.83 | $1,085.83 | 9.00 | $507.15 | $1,178.98 | $24.06 | $12.03 | $108.27 | $1,287.25 | $201.42 |
| 20 | 4/11/16 - 4/17/16 | 51.07 | $10.35 | $414.00 | $671.83 | $1,085.83 | 11.07 | $528.57 | $1,200.40 | $23.50 | $11.75 | $130.10 | $1,330.50 | $244.67 |
| 21 | 4/18/16 - 4/24/16 | 46.12 | $10.35 | $414.00 | $671.83 | $1,085.83 | 6.12 | $477.34 | $1,149.17 | $24.92 | $12.46 | $76.25 | $1,225.41 | $139.59 |
| 22 | 4/25/16 - 5/1/16 | 52.72 | $10.35 | $414.00 | $671.83 | $1,085.83 | 12.72 | $545.65 | $1,217.48 | $23.09 | $11.55 | $146.87 | $1,364.35 | $278.53 |
| 23 | 5/2/16 - 5/8/16 | 54.62 | $10.35 | $414.00 | $1,087.77 | $1,501.77 | 14.62 | $565.32 | $1,653.09 | $30.27 | $15.13 | $221.24 | $1,874.33 | $372.56 |
| 24 | 5/9/16 - 5/15/16 | 49.90 | $10.35 | $414.00 | $1,087.77 | $1,501.77 | 9.90 | $516.47 | $1,604.24 | $32.15 | $16.07 | $159.14 | $1,763.38 | $261.60 |
| 25 | 5/16/16 - 5/22/16 | 75.03 | $10.35 | $414.00 | $1,087.77 | $1,501.77 | 35.03 | $776.56 | $1,864.33 | $24.85 | $12.42 | $435.21 | $2,299.54 | $797.77 |
| 26 | 5/23/16 - 5/29/16 | 49.50 | $10.35 | $414.00 | $1,087.77 | $1,501.77 | 9.50 | $512.33 | $1,600.10 | $32.33 | $16.16 | $153.54 | $1,753.64 | $251.87 |
| 27 | 5/30/16 - 6/5/16 | 45.60 | $10.35 | $414.00 | $547.08 | $961.08 | 5.60 | $471.96 | $1,019.04 | $22.35 | $11.17 | $62.57 | $1,081.61 | $120.53 |
| 28 | 6/6/16 - 6/12/16 | 42.38 | $10.35 | $414.00 | $547.08 | $961.08 | 2.38 | $438.63 | $985.71 | $23.26 | $11.63 | $27.68 | $1,013.39 | $52.31 |
| 29 | 6/13/16 - 6/19/16 | 63.85 | $10.35 | $414.00 | $547.08 | $961.08 | 23.85 | $660.85 | $1,207.92 | $18.92 | $9.46 | $225.60 | $1,433.52 | $472.45 |
| 30 | 6/20/16 - 6/26/16 | 60.97 | $10.35 | $414.00 | $547.08 | $961.08 | 20.97 | $631.04 | $1,178.12 | $19.32 | $9.66 | $202.60 | $1,380.72 | $419.64 |
| 31 | 6/27/16 - 7/3/16 | 50.08 | $10.35 | $414.00 | $547.08 | $961.08 | 10.08 | $518.33 | $1,065.40 | $21.27 | $10.64 | $107.22 | $1,172.63 | $211.55 |
| 32 | 7/4/16 - 7/10/16 | 44.05 | $10.35 | $414.00 | $1,217.10 | $1,631.10 | 4.05 | $455.92 | $1,673.01 | $37.98 | $18.99 | $76.91 | $1,749.92 | $118.83 |
| 33 | 7/11/16 - 7/17/16 | 55.45 | $10.35 | $414.00 | $1,217.10 | $1,631.10 | 15.45 | $573.97 | $1,791.00 | $32.30 | $16.15 | $249.51 | $2,040.52 | $409.42 |
| 34 | 7/18/16 - 7/24/16 | 51.30 | $10.35 | $414.00 | $1,217.10 | $1,631.10 | 11.30 | $530.96 | $1,748.05 | $34.08 | $17.04 | $192.52 | $1,940.57 | $309.48 |
| 35 | 7/25/16 - 7/31/16 | 53.25 | $10.35 | $414.00 | $1,217.10 | $1,631.10 | 13.25 | $551.14 | $1,768.23 | $33.21 | $16.60 | $219.99 | $1,988.22 | $357.13 |
| 36 | 8/1/16 - 8/7/16 | 44.20 | $10.35 | $414.00 | $934.35 | $1,348.35 | 4.20 | $457.47 | $1,391.82 | $31.49 | $15.74 | $66.13 | $1,457.95 | $109.60 |
| 37 | 8/8/16 - 8/14/16 | 52.32 | $10.35 | $414.00 | $934.35 | $1,348.35 | 12.32 | $541.51 | $1,475.86 | $28.21 | $14.10 | $173.76 | $1,649.63 | $301.28 |
| 38 | 8/15/16 - 8/21/16 | 49.17 | $10.35 | $414.00 | $934.35 | $1,348.35 | 9.17 | $508.91 | $1,443.26 | $29.35 | $14.68 | $134.58 | $1,577.84 | $229.49 |
| 39 | 8/22/16 - 8/28/16 | 73.27 | $10.35 | $414.00 | $934.35 | $1,348.35 | 33.27 | $758.34 | $1,692.69 | $23.10 | $11.55 | $384.30 | $2,077.00 | $728.65 |
| 40 | 8/29/16 - 9/4/16 | 45.99 | $10.35 | $414.00 | $934.35 | $1,348.35 | 5.99 | $476.00 | $1,410.35 | $30.67 | $15.33 | $91.85 | $1,502.19 | $153.84 |
| 41 | 9/5/16 - 9/11/16 | 53.28 | $10.35 | $414.00 | $661.60 | $1,075.60 | 13.28 | $551.45 | $1,213.05 | $22.77 | $11.38 | $151.18 | $1,364.23 | $288.62 |
| 42 | 9/12/16 - 9/18/16 | 57.75 | $10.35 | $414.00 | $661.60 | $1,075.60 | 17.75 | $597.71 | $1,259.32 | $21.81 | $10.90 | $193.53 | $1,452.85 | $377.24 |
| 43 | 9/19/16 - 9/25/16 | 50.92 | $10.35 | $414.00 | $661.60 | $1,075.60 | 10.92 | $527.02 | $1,188.62 | $23.34 | $11.67 | $127.45 | $1,316.08 | $240.47 |
| 44 | 9/26/16 - 10/2/16 | 85.68 | $10.35 | $414.00 | $661.60 | $1,075.60 | 45.68 | $886.79 | $1,548.39 | $18.07 | $9.04 | $412.76 | $1,961.15 | $885.55 |
| 45 | 10/3/16 - 10/9/16 | 23.52 | $10.35 | $243.43 | $79.84 | $323.27 | 0.00 | $243.43 | NA | NA | NA | NA | NA | $0.00 |
| 46 | 10/10/16 - 10/16/16 | 60.52 | $10.35 | $414.00 | $79.84 | $493.84 | 20.52 | $626.38 | $706.22 | $11.67 | $5.83 | $119.73 | $825.95 | $332.11 |
| 47 | 10/17/16 - 10/23/16 | 56.18 | $10.35 | $414.00 | $79.84 | $493.84 | 16.18 | $581.46 | $661.30 | $11.77 | $5.89 | $95.23 | $756.53 | $262.69 |
| 48 | 10/24/16 - 10/30/16 | 38.52 | $10.35 | $398.68 | $79.84 | $478.52 | 0.00 | $398.68 | NA | NA | NA | NA | NA | $0.00 |
| 49 | 10/31/16 - 11/6/16 | 49.37 | $10.35 | $414.00 | $1,147.35 | $1,561.35 | 9.37 | $510.98 | $1,658.33 | $33.59 | $16.79 | $157.37 | $1,815.70 | $254.35 |
| 50 | 11/7/16 - 11/13/16 | 63.00 | $10.35 | $414.00 | $1,147.35 | $1,561.35 | 23.00 | $652.05 | $1,799.40 | $28.56 | $14.28 | $328.46 | $2,127.86 | $566.51 |
| 51 | 11/14/16 - 11/20/16 | 63.07 | $10.35 | $414.00 | $1,147.35 | $1,561.35 | 23.07 | $652.77 | $1,800.12 | $28.54 | $14.27 | $329.23 | $2,129.35 | $568.00 |
| 52 | 11/21/16 - 11/27/16 | 49.82 | $10.35 | $414.00 | $1,147.35 | $1,561.35 | 9.82 | $515.64 | $1,662.99 | $33.38 | $16.69 | $163.90 | $1,826.88 | $265.53 |
| 53 | 11/28/16 - 12/4/16 | 45.25 | $10.35 | $414.00 | $1,147.35 | $1,561.35 | 5.25 | $468.34 | $1,615.69 | $35.71 | $17.85 | $93.73 | $1,709.41 | $148.07 |
| 54 | 12/5/16 - 12/11/16 | 51.65 | $10.35 | $414.00 | $312.50 | $726.50 | 11.65 | $534.58 | $847.07 | $16.40 | $8.20 | $95.53 | $942.60 | $216.11 |
| 55 | 12/12/16 - 12/18/16 | 50.12 | $10.35 | $414.00 | $312.50 | $726.50 | 10.12 | $518.74 | $831.24 | $16.58 | $8.29 | $83.92 | $915.16 | $188.66 |
| 56 | 12/19/16 - 12/25/16 | 43.85 | $10.35 | $414.00 | $312.50 | $726.50 | 3.85 | $453.85 | $766.34 | $17.48 | $8.74 | $33.64 | $799.98 | $73.49 |
| 57 | 12/26/16 - 1/1/17 | 9.23 | $10.35 | $414.00 | $312.50 | $726.50 | 0.00 | $95.53 | NA | NA | NA | NA | NA | $0.00 |
| 58 | 1/2/17 - 1/8/17 | 82.01 | $10.35 | $414.00 | $0.00 | $414.00 | 42.01 | $848.80 | $848.80 | $10.35 | $5.18 | $217.40 | $1,066.21 | $652.21 |
| 59 | 1/9/17 - 1/15/17 | 6.00 | $10.35 | $82.80 | $0.00 | $82.80 | 0.00 | $62.10 | NA | NA | NA | NA | NA | $0.00 |
| **TOTAL** | | | | | | | 603.91 | | | | | | | **$13,119.43** |